# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RONDELL STREET | * | |
| | * | |
| v. | * | Civil No. CCB-17-1277 |
| | * | |
| UNITED STATES POSTAL SERVICE | * | |

## MEMORANDUM

Plaintiff Rondell Street filed suit in this court against the United States Postal Service ("USPS") on May 10, 2017, for alleged personal injuries arising out of a motor vehicle accident on May 7, 2016. On August 16, 2017, Street filed a motion seeking an extension of time to serve process on the defendant. Although no good cause was shown, on September 21, 2017, the court granted an extension until October 25, 2017.

Street failed to serve process by October 25, 2017. Finally, the summons and complaint were served by mail at the end of November and in early December 2017, more than six months after the complaint was filed.

On February 5, 2018 the United States filed a Motion to Dismiss for failure to comply with Fed.R.Civ.P. 4(m) (requiring service within 90 days of filing the complaint). The plaintiff has not responded. Street's failure to comply with Rule 4(m) or with this Court's order of September 21, 2017, justifies dismissal. See, e.g. *Hoffman v. Baltimore Police Dept.*, 379 F.Supp.2d 778, 786 (D.Md. 2005).

A separate Order follows.

   2/27/18                                                              /S/
     Date                                                             Catherine C. Blake
                                                                        United States District Judge