**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| RONDELL STREET | * | |
| | * | |
| v. | * | Civil No. CCB-17-1277 |
| | * | |
| UNITED STATES POSTAL SERVICE | * | |

******

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. The defendant's Motion to Dismiss (ECF No. 12) is Granted;

2. This case is Dismissed without prejudice; and

3. The Clerk shall CLOSE this case.

 2/27/18                                                          /S/
    Date                                           Catherine C. Blake
                                                   United States District Judge